JUDITH A. PHILIPS
Acting United States Attorney
District of Hawaii

SARA D. AYABE #9546
Assistant U.S. Attorneys
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: sara.ayabe@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Jul 30, 2021, 1:30 pm
Michelle Rynne, Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. **21-00103 LEK** |
| Plaintiff, | INFORMATION |
| vs. | [21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), and 846] |
| JOSE CARVAJAL aka "Jose Carbajal," | |
| Defendant. | |

INFORMATION

The U.S. Attorney charges:

Attempted Possession with Intent to Distribute Heroin
(21 U.S.C. §§ 841(a)(1), 841(b)(1)(B) and 846)

On or about February 15, 2021, within the District of Hawaii, JOSE CARVAJAL, aka "Jose Carbajal," the defendant, did knowingly and intentionally attempt to possess, with intent to distribute, 100 grams or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B) and 846.

DATED: July 30, 2021, at Honolulu, Hawaii.

_____
MICHAEL NAMMAR
Chief, Criminal Division

_____
SARA D. AYABE
Assistant U.S. Attorney


United States v. Jose Carvajal
Information
Cr. No. **21-00103 LEK**