# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:21-CR-00103-LEK-1 |
| CASE NAME: | United States of America v Jose Carvajal aka Jorge Carbajal |
| ATTYS FOR PLA: | Sara D. Ayabe |
| ATTYS FOR DEFT: | Michael J. Park |
| INTERPRETER: | Cristina Arsuaga |

| | | | |
|---|---|---|---|
| JUDGE: | Kenneth J. Mansfield | REPORTER: | Video Tele-Conference (VTC) Recorded |
| DATE: | 08/17/2021 | TIME: | 8:00 - 9:08 |

COURT ACTION: EP: INITIAL APPEARANCE; WAIVER OF INDICTMENT; ARRAIGNMENT AND PLEA OF GUILTY TO THE FELONY INFORMATION hearing held.

Defendant is in custody and present via Video Tele-Conference (VTC) from the Federal Detention Center, Honolulu.

Interpreter Cristina Arsuaga, having been previously sworn into this case, is also present.

Mr. Park represents that the Defendant waives his right to an in person hearing and consent to appear by video tele-conference for the purposes of this hearing. Court conducted a colloquy with Defendant and confirms counsel's representation.

For specific findings made on the record, Judge Mansfield determined that the hearing could not be conducted in person without seriously jeopardizing public health and safety. Therefore, and with the defendant's consent, Judge Mansfield conducted the hearing by video teleconference.

Defendant sworn, questioned by the Court. Memorandum of Plea Agreement signatures verified and filed. Court informs Defendant of sentencing guidelines, possible departure from sentencing guidelines, supervised release, etc.

The Court orders the United States to comply with its disclosure obligations under Brady

v. Maryland and its progeny.  Failing to timely do so may result in consequences such as sanctions, adverse jury instructions, exclusion of evidence, and dismissal of charges.  This order incorporates the provisions of the Court's February 1, 2021 General Order Regarding Rule 5(F).

Charges have been received.

Defendant sworn, questioned by the Court.  Consent to Rule 11 Plea In a Felony Case Before United States Magistrate signatures verified and filed.  Waiver of Indictment signatures verified, approved and filed.  Memorandum of Plea Agreement signatures verified and filed.  Court informs Defendant of sentencing guidelines, possible departure from sentencing guidelines, supervised release, etc.

Ms. Ayabe recites the essential elements and the summary of evidence against the Defendant.

Plea of GUILTY to the Felony Information entered by the Defendant.  R&R signed, objections to recommendation are waived unless they are filed within 14 days.  Pre-Sentence report ordered from USPO.

==SENTENCING as to Count 1 to the Felony Information set for December 15, 2021 at 1:30 p.m. before Judge Leslie E. Kobayashi in Aha Nonoi.==

Defendant to remain in the custody of the Federal Detention Center, Honolulu.

The preliminary hearing set for August 18, 2021 in 1:21-mj-00207-KJM-1 will be vacated in a separate minute order.

*Submitted by: Bernie Aurio, Courtroom Manager*